# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

LOTOYA ZAMORA,
Parent of JMZ, a Minor,

       Plaintiff,

                                   Case No. 09-13260

v.                                Hon. Gerald E. Rosen
                                   Magistrate Judge Michael Hluchaniuk

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on       September 30, 2010

PRESENT:  Honorable Gerald E. Rosen
                   Chief Judge, United States District Court

On August 10, 2010, Magistrate Judge Michael Hluchaniuk issued a Report and

Recommendation ("R & R") recommending that the Court deny the motion for summary

judgment brought by Plaintiff Lotoya Zamora, who is proceeding *pro se* on behalf of her

daughter JMZ, and that the motion for summary judgment filed by the Defendant

Commissioner of Social Security be granted. No objections have been filed to the R & R.

Upon reviewing the Magistrate Judge's R & R, the parties' cross-motions for

summary judgment, and the administrative record, the Court fully concurs in the analysis

of the Magistrate Judge, and adopts the R & R in its entirety. Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's

August 10, 2010 Report and Recommendation is ADOPTED as the opinion of this Court.

IT IS FURTHER ORDERED that, for the reasons stated in the R & R, Plaintiff's

December 7, 2009 motion for summary judgment (docket #15) is DENIED, and

Defendant's January 5, 2010 motion for summary judgment (docket #16) is GRANTED.


                              s/Gerald E. Rosen
                              Chief Judge, United States District Court

Dated:  September 30, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record
on September 30, 2010, by electronic mail and upon Lotoya Zamora, 1371 Seward,
Detroit, Michigan 48202 by ordinary mail.

                              s/Ruth A. Gunther
                              Case Manager